**(Official Form 1) (04/07)**

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oltmann, Joseph T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**mem Auto Millennium, LLC**<br>**dba Millennium Autosport**<br>**ods Rival Industries, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **3338** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**10936 N Pine Dr**<br>**Parker, CO**<br>ZIPCODE **80138-3800** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Douglas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ |

**VOLUNTARY PETITION**

**(Official Form 1) (04/07)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Oltmann, Joseph T.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. X _____ Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**VOLUNTARY PETITION**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Oltmann, Joseph T.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Joseph T. Oltmann*
Signature of Debtor            **Joseph T. Oltmann**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 27, 2007**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X */s/ Jeffrey A. Weinman*
Signature of Attorney for Debtor(s)

**Jeffrey A. Weinman 7605**
Printed Name of Attorney for Debtor(s)

**Weinman & Associates, P.C.**
Firm Name

**730 17th Street, Suite 240**
Address

**Denver, CO 80202**

**(303) 572-1010**
Telephone Number

**August 27, 2007**
Date

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                        Case No. _____

**Oltmann, Joseph T.**_____     Chapter **7**_____
                                      Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*




**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: ***/s/ Joseph T. Oltmann***_____

Date: **August 27, 2007**_____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 06531-CO-CC-002387093

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 21, 2007, at 11:29 o'clock AM CDT.

Joseph T Oltmann received from

Allen Credit and Debt Counseling Agency.

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Colorado, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 21, 2007     By     /s/Holly Kahle

                          Name   Holly Kahle

                          Title  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:** Case No. _____

**Oltmann, Joseph T.** _____  Chapter **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 27, 2007**   Signature: ***/s/ Joseph T. Oltmann***
                                         **Joseph T. Oltmann**                         Debtor

Date: _____   Signature: _____
                                                                                 Joint Debtor, if any

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
2130 S. Bellaire St., LLC
2130 S Bellaire St
Denver, CO   80222-4943


A Complete Financial
2016 Ogden St
Denver, CO   80205-5133


AB&C Enterprises, Inc.
4111 S Natches Ct Ste J
Englewood, CO   80110-8609


Aberdeen Medical Services
137 Gaither Dr Ste B
Mount Laurel, NJ   08054-1711


Advanced Orthopedics
8101 E Lowry Blvd Ste 230
Denver, CO   80230-7195


American Express
PO Box 650448
Dallas, TX   75265-0448


Amy L. Matzen, P.C.
16 Inverness Pl E Bldg E-100
Englewood, CO   80112-5630


Arapahoe County Treasurer
5334 S Prince St
Littleton, CO   80120-1136


Archos, Inc.
7951 E Maplewood Ave Ste 260
Greenwood Village, CO   80111-4774
```

Aronowitz & Ford, LLP
1199 Bannock St
Denver, CO  80204-3628


AT&T Wireless
P.O. Boxc 30218
Los Angeles, CA  90030


Auto Owners Insurance
PO Box 30315
Lansing, MI  48909-7815


Autotrader.Com, LLC
P.O. Box 932207
Atlanta, GA  31193-2207


Banana Republic
PO Box 530942
Atlanta, GA  30353-0942


Bank Of America
475 Crosspoint Pkwy
Getzville, NY  14068-1609


Bellco Federal Credit Union
7600 E Orchard Rd # 400
Greenwood Village, CO  80111-2518


Bluegrass Promotional Marketing
13325 S Point Blvd Ste 100
Charlotte, NC  28273-5884


Broadsign USA
827 S Bridge Way Pl Ste 200
Eagle, ID  83616-6827

```
Brown/Raynor Corporation
5575 Dtc Pkwy Ste 330
Greenwood Village, CO   80111-3021


Capital One
PO Box 60067
City of Industry, CA   91716-0067


Capital One
PO Box 60024
City of Industry, CA   91716-0024


Carfax, Inc.
P.O. Box 79001
Detroit, MI   48279-0002


Citibank
P.O. Box 6403
The Lakes, NV   88901-6403


City Of Fort Collins
PO Box 580
Fort Collins, CO   80522-0580


Colorado Lighting, Inc.
2171 E 74th Ave
Denver, CO   80229-6911


Countrywide Home Loans
PO Box 650070
Dallas, TX   75265-0070


Credit America
80 W Upper Ferry Rd
Trenton, NJ   08628-2736
```

Dealers Auto Auction Of The Rockies
7175 York St
Denver, CO   80229-6625


Denver Auto Mart
9500 W 49th Ave Ste D104
Wheat Ridge, CO   80033-2239


Denver Newspaper Agency
PO Box 17070
Denver, CO   80217-0070


Dry Creek Surgery Center
135 Inverness Dr E
Englewood, CO   80112-5115


Elite Auto Glass
6395 E 56th Ave
Commerce City, CO   80022-3925


Exclusive Auto Transport
1502 Fm 157
Mansfield, TX   76063


First American Credco
12395 First American Way
Poway, CA   92064-6897


GE Capital
P.O. Box 310010271
Pasadena, CA   91110-0001


Gray Bar Financial
PO Box 550599
Jacksonville, FL   32255-0599

```
HQ Global Workplaces, LLC
9800 Mt. Pyramid Ct., #400
Aurora, CO   80012


IC Systems
444 Highway 96 E
Saint Paul, MN   55127-2557


IRS
Ogden, UT   84201


Jeffrey Springer, P.C.
1600 Broadway Ste 1200
Denver, CO   80202-4920


JJ MacIntyre Co., Inc.
1801 California Ave
Corona, CA   92881-7251


Karsh Fulton Gabler & Joseph P.C.
950 S Cherry St Ste 710
Denver, CO   80246-2665


Key Bank
PO Box 94831
Cleveland, OH   44101-4831


Lyon Financial Services, Inc.
C/O Irvin Borenstein, Esq.
3025 S Parker Rd Ste 711
Aurora, CO   80014-2925


Manheim Auctions
21095 Route 19
Cranberry Twp, PA   16066-5907
```

Manheim Automotive Financial Services  
17500 E. 32nd Avenue  
Denver, CO   80208-0001

MBNA Bank Of America  
PO Box 26012  
Greensboro, NC   27420-6012

Motor Vehicle Division  
C/O Linebarger Goggan Blair  
600 17th St  
Denver, CO   80202-5402

Nationwide Credit  
2015 Vaughn Rd NW Ste 400  
Kennesaw, GA   30144-7802

Nicky Cruz Outreach, Inc.  
12295 Oracle Blvd Ste 300  
Colorado Springs, CO   80921-3902

Oltmann, Ida  
3532 Morning Glory Dr  
Castle Rock, CO   80109-8490

Omnium Worldwide, Inc.  
7171 Mercy Rd  
Omaha, NE   68106-2620

OSI Collection Services  
PO Box 6110  
Westerville, OH   43086-6110

Performance Wheel Tire, Inc.  
4095 S Santa Fe Dr  
Englewood, CO   80110-4347

```
Pinnacle Financial Group
7825 Washington Ave S # 310
Minneapolis, MN  55439-2430


Qwest
PO Box 173638
Denver, CO  80217-3638


Rainbow Electric Corp.
1110 Boston Ave
Longmont, CO  80501-5882


Richard C. Strauss, Esq.
950 S Cherry St Ste 300
Denver, CO  80246-2665


Rothgerber Johnson & Lyons
1200 17th St Ste 3000
Denver, CO  80202-5855


Rouse-Park Meadows, LLC
General Growth Properties
110 N Wacker Dr
Chicago, IL  60606-1511


San Diego Credit Association
2044 1st Ave Ste 300
San Diego, CA  92101-2079


Security Service Federal Credit Union
16211 La Cantera Pkwy
San Antonio, TX  78256-2419


Sender & Wasserman, P.C.
1999 Broadway Ste 2305
Denver, CO  80202-5723
```

```
Skyridge Medical Center
PO Box 99400
Louisville, KY  40269-0400


Sprint
1008 Oak Street
PO Box 219623
Kansas City, MO  64121-9623


Stadium Management Company LLC
1701 Bryant St Ste 100
Denver, CO  80204-1752


State Of Colorado Dept. Of Revenue
1375 Sherman St # 511
Denver, CO  80203-2246


T-Mobile
PO Box 37380
Albuquerque, NM  87176-7380


U.S. Bank
1310 Madrid St Ste 101
Marshall, MN  56258-4002


UPS
Lockbox 577
Carol Stream, IL  60132-0001


Washington Mutual Card Services
PO Box 660487
Dallas, TX  75266-0487


William H. O'Rourke, Esq.
3300 E 1st Ave Ste 690
Denver, CO  80206-5809
```

```
Worldwide Express Services
700 Colorado Blvd # 343
Denver, CO   80206-4084


Wynit, Inc.
5801 E Taft Rd
Syracuse, NY   13212-3273
```